# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHERYL MOULTON, | ) | 3:09-CV-0016-BES (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 7, 2009 |
| | ) | |
| CITY OF SPARKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 29, 2009, defendants Gayle A Kern and Gayle A. Kern, Ltd. filed a motion to stay discovery including initial discovery pursuant to LR 16-1 and Fed.R.Civ.P. 26, pending resolution of dispositive motion (#8). No opposition was filed.

Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore, defendants' motion to stay discovery (#8) is **GRANTED**. The parties shall have ten (10) days following the court's ruling on the pending dispositive motions to file a discovery plan and scheduling order, if necessary.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
     Deputy Clerk