AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

SHERYL MOULTON,

      Plaintiff,

V.

CITY OF SPARKS, JUDGE KEVIN
HIGGINS, both as individual and Sparks
Justice Court Judge; JUDGE SUSAN
DERISO, both as individual and Sparks
Justice Court Judge; SPARKS POLICE
DEPARTMENT; WASHOE COUNTY;
WASHOE COUNTY SHERIFF'S
DEPARTMENT; EUGENE BURGER
MANAGEMENT CORPORATION, a
California Corporation; EUGENE J.
BURGER; KEVIN BERG; JOHN COLEMAN;
GAYLE A. KERN, LTD; GAYLE A. KERN;
ULLA CHRISTENSEN, both as individual
and Lakeside Plaza Board Director;  DANIEL
JOSEPH, both as individual and Lakeside
Plaza Board Directonr; FRANK A. PERAU,
both as individual and Lakeside Plaza Board
Director; RICH SVIHLA, both as individual and
Lakeside Plaza Board Director;
MICHAEL S. GRADY, both as individual and
Lakeside Plaza Board Director; MARY L.
HARRIS, both as individual and Lakeside
Plaza Board Director; LAKESIDE PLAZA
CONDOMINIUM ASSOCIATION; and DOES
1-500,

      Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00016-RCJ-VPC**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant City of Sparks and Sparks Police Department's Motion to Dismiss (#37) is GRANTED.

|  March 31,  2010  |     **LANCE S. WILSON**  |
|---|---|
|   | Clerk |

|   |  D. R. Morgan  |
|---|---|
|   | Deputy Clerk |